**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-00387-REB-KMT

MILLER INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

v.

SIDRAN, INC., a Texas corporation, and
TREVOR BRAZILE, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Joint Stipulation of Dismissal With Prejudice** [#36][1] filed October 14, 2013.  After reviewing the motion and the record, I conclude that the motion should be approved, and that the case should be dismissed with prejudice with each party to pay its own attorney fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Joint Stipulation of Dismissal With Prejudice** [#36] filed October 14, 2013, is **APPROVED**;

    2.  That the Final Pretrial Conference and Trial Preparation Conference set for April 18, 2014, are **VACATED**;

    3.  That the jury trial set to commence May 5, 2014, is **VACATED**; and

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 15, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge
